STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CASTRO-ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-0502 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| GERARDO GUSTAVO CASTRO-ARELLANO, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for February 5, 2013 be continued to March 12, 2013 at 2:30 pm.

On November 20, 2012, defendant Gerardo Castro-Arellano pleaded guilty to a one count indictment charging him with a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), possession with intent to distribute methamphetamine, pursuant to a plea agreement with the government. At that time, the Court scheduled February 5, 2013 for the sentencing hearing. Unfortunately, defense counsel has since learned that she will be out of the office to undergo shoulder surgery next week, and is therefore unavailable to participate in the Presentence Report interview in time to allow the report to be prepared in time for the February 5th sentencing date.

*US v. Castro-Arellano,* CR-12-0502 RS;
STIP & [PROPOSED] ORD. TO CONTINUE           1

1       Accordingly, the parties jointly request that the sentencing hearing be continued to March

2 12, 2013 at 2:30 pm.  The United States Probation Officer assigned to this case has no objection

3 to this request.

4       IT IS SO STIPULATED.

5

6  December 11, 2012                                 /s/
  DATED                                    MATTHEW L. McCARTHY

7                                           Assistant United States Attorney

8

9

10  December 11, 2012                                 /s/
   DATED                                   JODI LINKER
                                         Assistant Federal Public Defender

11

12       IT IS SO ORDERED.

13

14  12/11/12
   DATED                                   RICHARD SEEBORG

15                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

*US v. Castro-Arellano,* CR-12-0502 RS;
STIP & [PROPOSED] ORD. TO CONTINUE       2